IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RISELA ANAHID HEREDIA SOBERANES,<br><br>Defendant. | CR 22-126-BLG-SPW-3<br><br>ORDER |

Pending before the Court is the United States' Unopposed Motion to Dismiss the Indictment (Doc. 104). For good cause being shown,

IT IS HEREBY ORDERED that the motion to dismiss the indictment with prejudice against defendant Soberanes is **GRANTED**.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 16th day of June, 2023.

SUSAN P. WATTERS
United States District Judge

1